**Miguel GIRON; Maria Jimenez, Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–77182.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2007 *.

Filed June 15, 2007.

Martin Avila Robles, Esq., Law Office of Martin Resendez Guajardo, P.C., San Francisco, CA, for Petitioners.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Kurt B. Larson, Esq., Stacy S. Paddack, DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

MEMORANDUM [**]

Miguel Giron and Maria Jimenez seek review of an order of the Board of Immigration Appeals upholding an immigration judge's order denying their application for cancellation of removal. We dismiss the petition for review.

We lack jurisdiction to review the discretionary determination that an applicant has failed to show exceptional and extremely unusual hardship to a qualifying relative, *see Romero–Torres v. Ashcroft,* 327 F.3d 887, 890 (9th Cir.2003). We do not address petitioners' contention regarding the hardship standard because petitioners failed to exhaust their administrative remedies. *See Vargas v. U.S. Dept. of Immigration and Naturalization,* 831 F.2d 906, 907–08 (9th Cir.1987).

**PETITION FOR REVIEW DISMISSED.**

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).